IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00209-EWN-OES

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff(s),

v.

EVERY CONTRACTOR.COM, a Nevada corporation, and
DAVID M. JOHNSON, its Officer(s) and Director(s),

Defendant(s).

**ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: September 15, 2005

      Having consulted with District Judge Edward W. Nottingham, and having found in particular that defendant requires additional time within which to conduct discovery because of delays encountered by defendants in obtaining counsel, it is ORDERED that the Joint Motion to Vacate and Reset Dispositive Motion Deadline [Doc. 19-1, filed August 29, 2005] is GRANTED and the Scheduling Order deadlines are hereby amended as follows:

    1.    Deadline for completion of discovery    November 15, 2005

    2.    Deadline for filing dispositive motions    December 15, 2005

3. A preliminary pretrial conference shall be held on **November 7, 2005**, at the hour of 9:45 a.m.

Dated at Denver this day of September 15, 2005

                BY THE COURT:

                s/ O. Edward Schlatter

                _____
                O. Edward Schlatter
                U.S. Magistrate Judge