IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00209–EWN–OES

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

EVERYCONTRACTOR.COM, a Nevada corporation, and
DAVID M. JOHNSON, its Officer(s) and Director(s),

    Defendants.

---

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendants' Unopposed Motion to Vacate and Reset Pretrial Conference" filed November 8, 2005, is GRANTED. The final pretrial conference scheduled for November 18, 2005, is vacated and reset for Monday, **November 21, 2005**, at 9:30 a.m.

Dated: November 9, 2005