IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00209–EWN–MEH

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

EVERYCONTRACTOR.COM, a Nevada corporation, and
DAVID M. JOHNSON, its Officer(s) and Director(s),

    Defendants.

_____

**ORDER AND MEMORANDUM OF DECISION**
_____

    This matter comes before the court on "Defendants' Motion for Judgment on the Pleadings," filed April 6, 2007. Under Federal Rule of Civil Procedure 12(c), a complaint should be dismissed where it appears "'beyond a doubt that the plaintiff can prove no set of facts in support of [its] claim which would entitle [it] to relief.'" *Callery v. U.S. Life Ins. Co.,* 392 F.3d 401, 404 (10th Cir. 2004) (quoting *Conley v. Gibson*, 355 U.S. 41, 45–46 [1957]); *see* Fed. R. Civ. P. 12(c) (2008).

    Plaintiff is the assignee of various claims against Defendants based upon alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.* (*See* Compl. [filed Feb. 3, 2005].) Plaintiff does not assert any claims on its own behalf. (*See id.*)

    Under Colorado law, claims brought under the TCPA are not assignable. *See U.S. Fax Law Ctr., Inc. v. iHire, Inc.*, 476 F.3d 1112, 1119–20 (10th Cir. 2007), *cert. denied* 128 S. Ct.

1062 (2008); *McKenna v. Oliver*, 159 P.3d 697, 700 (Colo. Ct. App. 2006), *cert. denied* No. 07SC23, 2007 WL 1181630 (Colo. Apr. 23, 2007). Consequently, I find that Plaintiff lacks standing to pursue its claims. *See iHire*, 476 F.3d at 1120. As such, judgment for Defendants is required.

Based on the foregoing, it is therefore ORDERED that:

1. DEFENDANTS' motion (#66) for judgment on the pleadings is GRANTED. The clerk shall forthwith enter judgment in favor of Defendants and against Plaintiff, dismissing Plaintiff's claims with prejudice.

Dated this 4th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge